SW-16-4

## AFFIDAVIT OF RANDALL R. MEDEIROS

I Randall R. Medeiros, having been duly sworn, do hereby make the following affidavit in application for and in support of a search warrant for the premises located at #48 Industrial Park Road #402, Saco ME, as described in Section I of this affidavit entitled "Premises to be Searched."

I am employed as a Police Officer for the City of Biddeford, Maine, and I am currently assigned to the Maine Drug Enforcement Agency, serving in the capacity of Special Agent. I have been a police officer for approximately 6 years, serving as Patrol Officer. Furthermore, I am a graduate of the Maine Criminal Justice Academy and over the last 5 years, I have attended specialized classes, sponsored by the Maine Drug Enforcement Agency (M.D.E.A.), the US Drug Enforcement Administration (US D.E.A) and the Multijurisdictional Counterdrug Task Force Training (MCTFT) program, pertaining to various aspects of narcotics enforcement. In connection with my official duties, I investigate criminal violations of Chapter 45 and the Controlled Substances Act. In connection with my duties and responsibilities as a Law Enforcement Officer, I have testified in judicial proceedings and prosecutions for violations of laws concerning controlled substances.

I have probable cause to believe, and do in fact believe, that a search of the premises at #48 Industrial Park Road #402 Saco, will result in the seizure of the evidence identified in Section II of this affidavit entitled "Property or Article(s) to be Searched For."

Unless specifically identified as to its source, the information contained in this affidavit is known to me personally or has been related to me by other law enforcement officers.

### I. PREMISES TO BE SEARCHED:

A. 48 Industrial Park Road room #402, Saco, Me 04002: A five story hotel, the structure is tan in color, with a green roof, the target room is # 402 it is on the 4th floor of the hotel and has the number 402 affixed to the door. The residence is owned by Hilton Worldwide and is currently rented/occupied by Obrian Barrett and Erick Adams.

### II. PROPERTY OR ARTICLE(S) TO BE SEARCHED FOR:
A. The bodies of Obrian Barrett (DOB 03-01-1987) and Erick Adams who both have active warrants for their arrest for Aggravated Trafficking Schedule W Drugs- a class A crime.

### III. FACTS AND CIRCUMSTANCES:

A. Over the past several years, the MDEA York County Task Force, Biddeford Police, and the U.S. Drug Enforcement Administration have received information pertaining to a Drug Trafficking Organization operating out of the Biddeford/Saco area.

Received & Filed
BIDDEFORD DISTRICT COURT
JAN - 6 2016

1

B. Agents and officers have learned from several different sources of information that a drug dealer who goes by the street name "X" has been dealing Cocaine Base and Heroin in the Biddeford/Saco area.

C. In 2014 agents obtained a photo from an FBI Informant, this photo was alleged to be of a male named X who was a trafficker of Cocaine and Heroin in the Biddeford area.

D. The FBI informant advised that X had told them that he had been stopped and arrested twice by the same Rhode Island State Trooper within a year and charged with Cocaine Trafficking. Sgt. Forbes sent the photo to the Rhode Island State Police and asked if anyone was familiar with this male, the Rhode Island State Police responded and advised that the photo was of Erick Adams D.O.B. 09-23-1977.

E. The Rhode Island Trooper advised that Adams had been arrested for Cocaine Trafficking twice by the Rhode Island State Police, at this time he was identified as Erick Adams (DOB 09-23-1977). The Rhode Island Trooper sent booking photos of Adams, upon seeing these photos we confirmed that the male in the photo described as "X" was the same male who had been arrested by Rhode Island State Police and provided the name Erick Adams.

F. These photos of Adams have been shown to numerous informants and sources of information who have all confirmed that the photo of Erick Adams (DOB 09-23-1977) was, in fact X.

G. In 2014 the Maine State Police arrested Adams for operating after suspension, in this case he also identified himself as Erick Adams (DOB 09-23-1977); however he has active warrants for Probation Revocation out of Connecticut under his alias "Franklyn Adams".

H. I was present at this motor vehicle stop and observed the male who identified himself as Erick Adams to Maine State Police was the same male who Rhode Island State Police had arrested in 2013.

I. Erick Adams and Franklyn Adams have been confirmed to be the same person by viewing photos of both subjects, each subject has numerous aliases and alias social security numbers, and Erick Adams is listed in NCIC as an alias for Franklyn Adams.

2

J. Since late October of 2015 MDEA agents and Biddeford Police began receiving information from sources of information and confidential informants, that "X" and his associates have been dealing drugs out of 60 Cutts Street in Biddeford.

K. At the same time, Biddeford Police began receiving community complaints from neighbors in reference to heavy amounts of motor vehicle and pedestrian traffic to and from the residence.

L. Some of these community complaints have included license plates of subjects who have documented histories of drug possession through either Biddeford Police or Maine Drug Enforcement.

M. On 10-30-2015 I met with a cooperating defendant (herein referred to as CI#4707).

N. CI#4707 wished to provide information in exchange for judicial consideration on a pending drug possession charge.

O. CI#4707 has two prior theft convictions, however, none within the past two years.

P. CI#4707 advised that "X" had been dealing drugs in the Biddeford area and that "Todd" and "O.B." were working for him.

Q. CI#4707 was shown a series of photographs of known drug dealers in the area, CI#4707 identified the photo of Erick Adams as "X," the photo of Todd Milliken as "Todd," and the photo of Obrian Barrett as "O.B."

R. CI#4707 advised that all three subjects had been staying at an address on Freeman Street and dealing drugs from there, however, they had also been dealing from 60 Cutts Street.

S. On 11-10-2015 CI#4707 contacted me and advised that 60 Cutts Street was the primary residence in town where Adams, Barrett, and Milliken were selling drugs.

T. CI#4707 met with me and advised that they could buy drugs from the residence, they also advised that at this time, Adams was not around and there was only Heroin at the residence.

U. CI#4707 was equipped with an electronic transmitting device, provided with a sum of documented MDEA funds, and completed a successful purchase of 1 gram of Heroin from the residence.

V. CI#4707 had made a recorded phone call to the phone number 215-983-8386, CI#4707 advised that Milliken had answered the phone and that they recognized Milliken's voice from previous interactions.

W. CI#4707 advised that Milliken was in the residence at the time of the transaction and witnessed the transaction; however the exchange was facilitated through Barrett.

X. CI#4707 provided me with the suspected Heroin which they had purchased from Barrett and Milliken.

Y. On 11-19-2015 I met with a cooperating defendant (herein referred to as CI#4716).

Z. CI#4716 wished to provide information in exchange for judicial consideration on several pending theft and misuse of identification charges.

AA. CI#4716 advised that a black male named X was a large supplier of Cocaine Base and Heroin in the area.

BB. CI#4716 advised that X has people run business for him and very rarely deals with new customers.

CC. CI#4716 kept in contact with me over the next week and advised me that X was staying at 60 Cutts Street with Todd Milliken and a black male named "O.B." CI#4716 was shown a series of photographs of known drug dealers in the area and identified Obrian Barrett as "O.B." and Erick Adams as "X."

DD. On 12-09-2015 CI#4716 advised that they could purchase Heroin or Cocaine Base from 60 Cutts Street.

EE. CI#4716 advised that they could call 216-308-8167 which was held by whoever was in the residence, which would be either Milliken, Adams, or Barrett and arrange to make a purchase.

FF. CI#4716 made a recorded phone call to the phone number and spoke with a male who advised them to come over.

GG. CI#4716 was equipped with an electronic monitoring device and provided with a sum of MDEA funds.

HH. CI#4716 advised that they recognized the voice on the other end of the phone through previous interactions as belonging to Todd Milliken.

4

II. CI#4716 completed a successful controlled purchase of a half gram of Cocaine Base and a half gram of Heroin from the residence at 60 Cutts Street, during this controlled purchase CI#4716 advised that the transaction was done through Milliken and that both Barret and Adams were not present.

JJ. On 12-12-2015 I was contacted by CI#4716 who advised that Adams was in town and dealing Heroin and Cocaine out of 60 Cutts Street.

KK. CI#4716 was equipped with an electronic monitoring device and provided with a sum of documented MDEA funds.

LL. CI#4716 completed a phone call to 216-308-8167 and spoke to a male who advised CI#4716 to come over. CI#4716 advised that Adams does not discuss business over the phone.

MM. CI#4716 advised that they recognized the voice as belonging to "X" and that they knew his voice from numerous other conversations via cell phone and in person.

NN. CI#4716 responded to 60 Cutts Street where they completed a successful controlled purchase of one gram of Heroin and a half gram of Cocaine Base.

OO. CI#4716 advised that Adams was present and that they made the transaction directly with him.

PP. CI#4716 has since been arrested for drug possession and has been terminated by this agency.

QQ. Based on these controlled purchases TFO Lapierre obtained a ping warrant for the 216 number which was utilized by both Milliken and Adams.

RR. On 12-11-2015 Biddeford Police Sgt. Gorton met with a cooperating defendant (herein referred to as 16-1)

SS. 16-1 wished to provide information in hopes of judicial consideration on civil traffic offenses as well as with assistance with locating resources for addiction counseling.

TT. Over the course of several conversations with 16-1 between 01-02-2016 and 01-05-2016, Sgt. Gorton learned from 16-1 that X has been staying at 399 Alfred Street with Nicole and David Glaude, however he still goes to 60 Cutts Street for a few hours a day to oversee drug dealing operations which are mostly handled by Todd Milliken and Obrian Barrett.

3-RMDEA-16-035

UU. 16-1 later advised that X has recently been spending the night at the Hampton Inn on Industrial Park Road in Saco and advised that he "keeps his shit there."

VV. 16-1 advised that they had personally seen X at that hotel.

WW. On 01-05-2015 16-1 advised Sgt. Gorton that X was "at the hotel" and that he was "heated up" (suspected the police of watching him).

XX. On 01-05-2015 TFO Lapierre advised me that he had obtained a search warrant for, and had been receiving GPS location pings from a phone which had previously been established as belonging to Adams.

YY. TFO Lapierre responded to the hotel to conduct surveillance and at approximately 2134 hours observed a silver Cadillac ME/LB 919AEX which is registered to Barrett B. Obrian, however Obrian Barrett's license is attached to this vehicle through DMV.

ZZ. TFO Lapierre advised me that he lost the vehicle and could not locate it.

AAA. TFO Lapierre advised that at approximately 2139 hours he received a phone "ping" which indicated that Adam's phone was at the Hampton Inn located at 48 Industrial Park Road in Saco.

BBB. Surveillance was terminated at this time.

CCC. I obtained additional arrest warrants for Barrett and Milliken for Aggravated Trafficking Schedule W Drugs- Heroin.

DDD. On 01-06-2015 at approximately 0530 hours, a team of MDEA agents as well as the U.S. Marshall's service and Biddeford Police established surveillance at the Hampton Inn in Saco with the hopes of observing Adams and/or Barrett leaving the hotel.

EEE. The phone continued to ping to this address throughout the night, however at approximately 0755 hours, the phone changed location to another area in Biddeford.

FFF. It should be noted that agents had all exits to the building under surveillance and that neither Adams, or Barrett were observed exiting the Hampton Inn.

GGG. On 01-06-2016, at approximately 0907 hours, Maine State Police Trooper Dave Alexander asked for an "Occupied Rooms Report" from Management of Hampton Inn located at 48 Industrial Park Road, Saco, Maine.

HHH. Management provided Trooper Alexander with this list.

6

III. Within this list is contained the name, "Barrett/Brian" in room "402", a "Guest arrival" date of 12/26/2015 and a "Guest Departure" date of 01/08/2016.

JJJ. It should be noted that MDEA agents and the members of the U.S. Marshals Service have maintained constant visual surveillance of 48 Industrial Park Road and have not observed Barrett or Adams leave the room.

KKK. Based on the fact that Barrett's vehicle was seen at the hotel at approximately the same time that the phone ping indicated that Adams' phone was at the hotel and the information obtained from 16-1, I believe that probable cause exists to believe that Obrian Barrett and/or Brick Adams are staying at the Hampton Inn room #402 located at 48 Industrial Park Road in Saco.

LLL. Both Adams and Barrett have warrants for Aggravated Trafficking Schedule W Drugs- Heroin a class A felony.

MMM. Based on this information I request a warrant be issued allowing law enforcement officers to make unannounced entry to room #402 at 48 Industrial Park Road for the purpose of taking Obrian Barrett and/or Brick Adams into custody.

NNN. Due to the fact that surveillance will continue to be conducted throughout the day and that the subjects may not return to the room during normal "daytime" hours, I request that this warrant allow entry during either daytime or nighttime.

OOO. In my experience as a drug agent I know that drug traffickers often keep firearms with them to protect their product.

PPP. Based on the potential for there still to be unknown threats in the room, to include the presence of firearms, I request that a "no-knock" search warrant be issued.

## IV. CONCLUSION:

Based on the investigation described above, I have determined that Brick Adams and Obrian Barrett have been maintaining a room (#402) at the Hampton Inn located at 48 Industrial Park Road in Saco.

Both Subjects have active warrants for Aggravated Trafficking Schedule W Drugs, a class A Felony.

7

Barrett's vehicle has been observed at the hotel, and the phone belonging to Adams has been at the hotel at roughly the same time.

Based on experience with drug trafficerks, they often keep firearms with them to protect their product, based on this fact I request a "no-knock" warrant.

Based on the above, I have probable cause to believe and do in fact believe that the articles described in Section II of this affidavit are secreted and maintained at # 48 Industrial Park Road #402, Saco, ME 04072.

The items sought to be seized are the bodies of two known drug traffickers with active arrest warrants. Accordingly, it is respectfully requested that a Search Warrant be issued for the seizure of Obrian Barrett and Brick Adams, at # 48 Industrial Park Road #402, Saco, ME 04072.

*[signature]*

S/A Randall R. Medeiros,
Maine Drug Enforcement Agency

1-6-16

Date

Subscribed and sworn to me at  Biddeford , Maine
                                                  City / Town

*[signature]*

District Court Judge

1/6/2016

Date